UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CRYSTAL MARLENE WEAVER,<br><br>Defendant. | NO.    CR24-119 JHC<br><br>INFORMATION |

The United States Attorney charges that:

## COUNT 1

### (Unlawful Possession of a Firearm)

On or about March 2, 2024, in King County, within the Western District of Washington, CRYSTAL MARLENE WEAVER, knowing she had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

*Conspiracy to Distribute Controlled Substances*, in the United States District Court for the Western District of Washington, on or about February 11, 2019, under case number CR18-5094 BHS; and

*Possession of Stolen Mail,* in the United States District Court for the Western District of Washington, on or about December 16, 2005, under case number CR05-241 L;

Information - 1
*United States v. Weaver*
USAO# 2024R00631

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is: a Taurus .38 caliber revolver, which had traveled in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

DATED this __15th__ day of July, 2024.

TESSA M. GORMAN
United States Attorney

TODD GREENBERG
Assistant United States Attorney

Information - 2
*United States v. Weaver*
USAO# 2024R00631

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970